IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RISA HYATT                                                                                      PLAINTIFF

VS.                                    CASE NO. 4:08CV00381 JMM

METROPOLITAN LIFE INSURANCE COMPANY                                  DEFENDANT

ORDER

The Court has been notified that a settlement has been reached in the above styled case. Based upon this settlement, the complaint and all claims in this action are hereby dismissed with prejudice and the Clerk of the Court is directed to close the case and dismiss all pending motions as moot.

IT IS SO ORDERED this   12    day of   September  , 2008.


_____
James M. Moody
United States District Judge